**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1482**

─────────────

FAYE BEATRICE HAYES,

       Plaintiff - Appellant,

    v.

MARYLAND TRANSIT ADMINISTRATION; HOLLY ARNOLD, Administrator, MDOT MTA; VERONICA LOWE, Deputy Director, Office of Labor and Employee Relations,

       Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-01195-JRR)

─────────────

Submitted:  September 19, 2024                    Decided:  September 23, 2024

─────────────

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Faye Beatrice Hayes, Appellant Pro Se.  Leon Mathias Debes, Jr., Laura Jenifer, MARYLAND TRANSIT ADMINISTRATION, Baltimore, Maryland, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faye Beatrice Hayes appeals the district court's orders (1) granting Defendants' motion to dismiss, or in the alternative, for summary judgment on Hayes' claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213, and the Family and Medical Leave Act, 29 U.S.C. §§ 2601 to 2654, and for intentional infliction of emotional distress, and denying Hayes' "Motion to Alter or Amend the Judgment"; and (2) denying Hayes' Fed. R. Civ. P. 59(e) motion.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Hayes v. Md. Transit Admin.*, No. 1:23-cv-01195-JRR (D. Md. Dec. 21, 2023; May 6, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*